# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**PROGRESSIVE GULF INSURANCE COMPANY**                    **PETITIONER**

**V.**                                                                                 **CAUSE NO.: 1:07CV20-SA**

**FIT EXPRESS, INC. and**
**PERRIN SHUTTLESWORTH**                                                  **RESPONDENTS**

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued on this day, the Court finds that the Motion for Summary Judgment filed by the Petitioner [22] is **DENIED**.

So **ORDERED**, this the 24th day of September, 2008.

                                      **/s/ Sharion Aycock**
                                      **U.S. DISTRICT COURT JUDGE**